

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00029-CV

Linda Salas **POLLOK**,
Appellant

v.

Marcel Andrew **POLLOK**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 92-11-31, 307-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

The appellant's unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to June 2, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court